# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0012. STATE OF GEORGIA v. DEMOCRATIC PARTY OF GEORGIA, INC. et al.

The State of Georgia's emergency motion seeking a stay of the order of the Superior Court of Fulton County in the above-styled action is hereby **DENIED**.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/21/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*